SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>  Plaintiff,<br><br>  vs.<br><br>John Webb, et al,<br><br>  Defendants | Case No. **2:11-cv-02818-MCE-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF JOHN WEBB**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendant, John Webb, is hereby dismissed Without Prejudice.  This case is to remain open with respect to the remaining Defendants.

Dated:   November 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER RE REQUEST FOR DISMISSAL

CIV: S-11-cv-02818-MCE-DAD- 1