SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>John Webb, et al,<br><br>　　　　Defendants | Case No. **2:11-cv-02818-MCE-DAD**<br><br>**ORDER RE: REQUEST FOR DISMISSAL OF JU WEBB; LOTHROP VENTURES, INC.**<br><br>Case to Remain Open with Remaining Defendants |

IT IS HEREBY ORDERED THAT Defendants, Ju Webb and Lothrop Ventures, Inc. are hereby dismissed With Prejudice. This case is to remain open with remaining Defendants.

Dated:   December 20, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE