SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>       Plaintiff,<br><br>    vs.<br><br>John Webb, et al,<br><br>       Defendants | Case No. **2:11-cv-02818-MCE-DAD**<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME** |

    IT IS HEREBY ORDERED THAT Defendants, Andrew Harragon and Joan Harragon, are granted an extension of time to respond to the complaint up to and including December 30, 2011.

Dated:  December 20, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE