```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@dapiinc.com
```

Attorney for Plaintiff Scott N. Johnson

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>John Webb, et al,<br><br>        Defendants | Case No. **2:11-cv-02818-MCE-DAD**<br><br>**ORDER RE: STIPULATED DISMISSAL OF ANDREW HARRAGON; JOAN HARRAGON** |

IT IS HEREBY ORDERED THAT Defendants, Andrew Harragon; Joan Harragon, are hereby dismissed, with prejudice. This action in now having been disposed of in its entirety, the Clerk of Court is hereby directed to close the file.

Dated:   January 10, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER RE STIPULATED DISMISSAL

CIV: S-11-cv-02818-MCE-DAD- 1