SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL  scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:11-cv-02818-MCE-DAD** |
| Plaintiff, | **ORDER RE: STIPULATED DISMISSAL OF ANDREW HARRAGON; JOAN HARRAGON** |
| vs. | |
| John Webb, et al, | |
| Defendants | |

   IT IS HEREBY ORDERED THAT Defendants, Andrew Harragon; Joan Harragon, are hereby dismissed, with prejudice.  This action in now having been disposed of in its entirety, the Clerk of Court is hereby directed to close the file.

Dated:   January 10, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE